IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIJA V. MADRID,

    Plaintiff,                    No. 2:09-cv-0731 JAM JFM

    vs.

J.P. MORGAN CHASE BANK, N.A.,
etc., et al.,

    Defendants.               <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: March 27, 2009.

                                /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

/madrid.rec